**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
AUG 16 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| | |
|---|---|
| In re:<br>BRIGITTE LYN LAMONTE<br><br><br><br><br>Debtor(s) | CASE NO.: 6:19-BK-14124 WJ<br>ADVERSARY NO.: N/A<br>BAP/USDC NO.: 5:19-CV-01447-MWF<br>NOTICE OF APPEAL FILED: 07/10/2019<br>APPEAL DOCKET ENTRY NO.: 43 |
| <br><br>Plaintiff(s)<br>vs.<br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br><br>☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☒ Transcript(s)
☒ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Date: 08/16/2019       By: _____
Kathleen J. Campbell
Clerk of Court
Susan Hawkinson
Deputy Clerk