Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:19-bk-14124-WJ

Debtor(s): BRIGITTE LYN LAMONTE
IN CARE OF AUBREY SIMPSON AT
35364 YUCAIPA BLVD
YUCAIPA, CA 92399

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| BRIGITTE LYN LAMONTE | $226.67 |
| 35364 YUCAIPA BLVD YUCAIPA, CA 92399 | |

Dated: 12/5/19

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON**
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

BRIGITTE LYN LAMONTE
CASE: 6:19-bk-14124-WJ
BALANCE:   [0.00  Claim:00000]
ACCT:
PRINCIPAL: 226.67
INTEREST: 0.00

109286
1220

ABB AMERICAN BUSINESS BANK
400 S. Hope St., Suite 300
Los Angeles, CA 90071
(213) 430-4000

CHECK NUMBER
0660597

$$226.67$$

CHECK DATE: Dec 05, 2019
AMOUNT: ********226.67**
VOID 45 DAYS FROM DATE

PAY Two Hundred Twenty Six And 67 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

0660597

Rod Danielson

⑈"0660597"⑈ ⑆122042807⑆: 05198500⑈"

---

**ROD DANIELSON, Chapter 13 Trustee**        Check #.: **0660597**
Payee: US BANKRUPTCY COURT                    Date: Dec 05, 2019

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1914124 | BRIGITTE LYN LAMONTE | | 00000 | 226.67 | 0.00 | 226.67 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:   226.67    0.00    226.67