**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

BRIGITTE LYN LAMONTE

Debtor(s).

Case No.: 6:19-bk-14124-WJ

**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**
**(DISMISSED CASE)**

On 07/10/2019, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/7/2020 at Riverside, California.

Dated: 1/7/2020

_____
Rod Danielson, Chapter 13 Trustee

FG:049