JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

**Case No.** EDCV 19-1447-MWF          **Date:** December 17, 2019

**Title:**     In re Brigitte Lyn LaMonte

**Present:**    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER RE APPELLANT'S FAILURE TO RESPOND TO COURT'S ORDER TO SHOW CAUSE [9]

On August 5, 2019, Appellant Brigitte Lyn LaMonte filed a Notice of Appeal and Statement of Election ("Notice of Appeal"). (Docket No. 1). That same day, a Notice Regarding Appeal from Bankruptcy Court was issued by the District Court Clerk ("Court Notice"). (Docket No. 5). Pursuant to the Court Notice, no later than August 19, 2019, Appellant was required to file with the Bankruptcy Court (1) a designation of record; (2) a statement of issues on appeal; and (3) a notice regarding the ordering of transcripts. (Court Notice at 1). The Court Notice further warned that "[t]he failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal." (*Id.* at 2).

On October 23, 2019, the Bankruptcy Court issued an Appeal Deficiency Notice for failure to file (1) the Statement of Issues; (2) the Designation of Record; (3) the Notice of Transcript; (4) Transcripts; and (5) the Filing Fee for the Notice of Appeal. (Docket No. 8). Accordingly, on November 5, 2019, this Court issued an order to show cause for failure to comply with federal rules of bankruptcy procedure and for lack of prosecution (the "OSC"). (Docket No. 9). The OSC ordered Appellant to "comply with the Court Notice and the Appeal Deficiency Notice no later than December 5, 2019." (*Id.* at 1). The Court warned that "[f]ailure to file the required documents and pay the filing fee on or before that date will result in dismissal of this appeal for failure to comply with the Court's orders and for lack of prosecution." (*Id.* at 1-2).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES—GENERAL

**Case No. EDCV 19-1447-MWF**  **Date:  December 17, 2019**

Title:     In re Brigitte Lyn LaMonte

    Appellant failed to comply with the Court Notice and the Appeal Deficiency Notice by December 5, 2019, and as of December 16, 2019, *still* had not complied with the OSC.

    Accordingly, the Court **DISMISSES** this appeal.

    IT IS SO ORDERED.