| | FOR COURT USE ONLY |
|---|---|
| :Brigitte-Lyn: LaMonte; Sui Juris<br>General Delivery<br>Yucaipa Post Office<br>Yucaipa, California,<br>NO ZIP CODE | FILED<br>FEB 12 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| Name of Debtor(s) listed on the bankruptcy case:<br>BRIGITTE LYN LAMONTE | CASE NO.: 6:19-bk-14124-WJ<br>CHAPTER: 13 |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☒ Debtor  ☐ Joint-Debtor  ☐ Creditor
   *authorized agent/Beneficiary*
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): BRIGITTE LYN LAMONTE by :Brigitte-Lyn: LaMonte
   Mailing Address: In Care of Aubrey Simpson at 35364 Yucaipa
   City, State, Zip Code: Blvd. Near Yucaipa, California, no zip code

3. **New Address:**
   Name(s): BRIGITTE LYN LAMONTE by :Brigitte-Lyn: LaMonte
   Mailing Address: General Delivery Yucaipa Post Office
   City, State, Zip Code: Yucaipa, California, no zip code

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 2/12/2020

Requestor's printed name(s): By :Brigitte-Lyn: LaMonte; Sui Juris
Requestor's signature(s): By ARR w/ prejudice, w/o recourse, u/o U.S.
autograph

Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                             F 1002-1.3.CHANGE.ADDRESS